**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PAUL ARTHUR LOPEZ,

       Petitioner,

vs.                                          No. CIV 09-218  JB/RLP

GEORGE TAPIA, Warden, and
GARY K. KING, Attorney General for the
State of New Mexico,

       Respondents.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on: (i) Petitioner's Objections, filed June 26, 2009

(Doc. 24) to the Magistrate Judge's Report and Recommendations, filed June 18, 2009 (Doc. 23);

and (ii) Petitioner's Motion to Expand the Record, filed July 1, 2009 (Doc. 26).  The Court has

conducted a de novo review of the record and finds that: (i) Petitioner's objections are not well

taken; (ii) the Court will adopt the Magistrate Judge's Report and Recommendation; and (iii) the

Court will grant the motion to expand the record.

The Court will not discuss each of Mr. Lopez' objections because the Magistrate Judge fully

dealt with all of them in his report.  The Court writes, however, to comment specifically on one

objection.  In Objection No. 1, Lopez suggests that NMRA 5-302D imposes substantive criteria that

limit the state judge's discretion and that the rule creates a protected liberty interest.  Lopez cannot,

however, read rule 5-302 in a vacuum.  Rule 5-104 gives the state court the power to enlarge the

time for a preliminary hearing, and Lopez' liberty interest is limited by the right to extend the time

for a hearing and the right to any preliminary hearing is limited by the state's right to pursue an

indictment.  And there is no right to have a preliminary hearing rather than an indictment.

Additionally, "[d]ismissal is not the proper remedy for a delay in holding a preliminary examination when prejudice to the defendant has not been shown."  State v. Tollardo, 99 N.M. 115, 115, 654 P.2d 568, 570 (citing State v. Warner, 86 N.M. 219, 221, 521 P.2d 1168, 1170 (Ct. App. 1974)). Accordingly, the Court overrules Objection No. 1.

**IT IS ORDERED** that: (i) the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice; and (ii) the Petitioner's Motion to Expand the Record is granted.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and Parties:*

Paul Arthur Lopez
Penitentiary of New Mexico
Santa Fe, New Mexico

    *Plaintiff Pro se*

Margaret E. McLean
Attorney at Law
Santa Fe, New Mexico

    *Attorneys for the Defendants*